# EXHIBIT 4

 **Goals and Performance Appraisal Report**

Shater, Walied

Printed on 03 May 2017
Person No: 220263

### Performance Summary

Walied continues to provide close support and advocacy to his key stakeholders, which is greatly appreciated by all # he is highly rated by all of his country chairs. His authentic, thoughtful and caring manner is particularly noted. Walied has continued to deliver insight to the business and security through external contacts # this is particularly true in Oman through his relationship with the Royal Office and ROP which has been a particular business enabler. Also, in Kuwait, the relationship with KOC security continues to grow and will benefit the growing KTSA footprint. This shows that the initial groundwork and effort that Walied has dedicated to the relationship will pay dividends in the future. Walied#s relationship with the various US agencies continues to grow and enables him to provide deep insight in support of business activity across his countries of responsibility. This relationship also provides threat insight across countries outside his responsibility, within the region and globally # enabling relationships with US agencies to be built elsewhere. Walied has also provided support to countries outside of his remit # particularly Algeria, where his previous experience has enabled him to engage with the business and make key recommendations for improvements to office security # he continues to follow up on these issues.

Throughout the year, Walied has continued to make great improvements to Security Risk Management activity in the form of SRA and FSP implementation. Due to this, he has been selected as an SRA SME to support other CSMs across the region during 2017. Other initiatives that further support security risk management included VPSHR training with the Jordanian and Oman police. Also, Walied continues to dedicate time & effort to developing various security focal points across his countries of responsibility. This particularly includes within SMO & JOSCO, but also within G4S in Dubai and various SFPs in SDO and Abu Dhabi # in support of RK. Walied also played a key role in the Shell Security Review where he headed up the Travel Security specific review # this was a particularly important aspect of the security review and required a great deal of collaboration with various functions.

In discussion we agreed to work on greater collaboration with other functions to support delivery of outcomes. Walied is outcome focused, especially concentrating on speed and simplicity # which is great. Although, occasionally, taking time to build collaborative teams and seek expert input from other functions will deliver more effective results. We also discussed the importance of challenging the business where required and ensuring that recommendations are formerly tracked to closure #with action parties made accountable.

Page: 3 / 3

