# EXHIBIT 12

| | |
|---|---|
| 29941BR | |
| Job Title | U.S. Security Advisor (Houston, TX) |
| Country of Work Location | United States |
| Work Location | Houston, TX |
| Company Description | Shell is a global group of energy and petrochemicals companies with over 90,000 employees in more than 70 countries and territories. In the US, we have operated for over a century and are a major oil and gas producer onshore and in the Gulf of Mexico, a recognized innovator in exploration and production technology, and a leading manufacturer and marketer of fuels, natural gas and petrochemicals. We deliver energy responsibly; operate safely with respect to our neighbours and work to minimize our environmental impact. We are in search of remarkable people who will thrive in a diverse and inclusive work environment to deliver exciting projects locally and globally. People who are passionate about exploring new frontiers. Innovators and pioneers. People with the drive to help shape our future. Because remarkable people achieve remarkable things. |
| Job Description | Shell has an exciting opportunity for a US Security Advisor in our Houston office.<br><br>Accountabilities:<br><br>1. Ability to work with all Shell business and project teams in the U.S. to develop and maintain security policies, plans, procedures, and programs consistent with the Shell Group, U.S. and foreign Government Policies and Regulations. Such policies, procedures, and programs shall include, but are not limited to, (a) Shell's Security Standards, (b) Shell's Threat Assessment and Risk Assessment Program, (c) Incident/Loss Reporting, (d) Government Regulatory Compliance, and (e) Crisis Management.<br><br>2. Conduct, or supervise the conduct of physical security surveys, HSSE audits, and Security Risk Assessments (SRAs). Assist with development and updates to Security Plans required for the Businesses. Generate written reports of findings and provide security recommendations and assistance as required for mitigation.<br><br>3. Provide security project/management services to business units/facilities including, but not limited to (a) security |


EXHIBIT 12

**Requirements**

architectural design/review, (b) specification, evaluation and selection of security technology, systems, and hardware, (c) evaluation and selection of security vendors and service providers, and (d) project budgeting.

4. Provide security related emergency response services and coordinate activities in the event of a crisis for Shell Oil Company. Support the Upstream and Downstream Americas Security liaison leads to the Shell Oil Company Crisis Management Team.

5. Provide Executive Protection support as required.

6. Develop and maintain liaison with local, state, and federal law enforcement and appropriate government agencies/military. Serve as the primary company interface to government agencies with regard to security related operations or regulatory actions.

Education: Bachelor's Degree required; Master's Degree preferred.

Experience:

- Minimum ten (10) years' experience in physical security, law enforcement or government/military security required.
- Experience and/or prior service with a major Oil, Gas, or Petrochemical corporation strongly desired.
- Executive Protection experience desired.
- Functional knowledge of security related issues within the Oil, Gas, or Petrochemical industry desired.
- Practical experience working in a high-threat eNGO environment preferred.
- Proven and extensive briefing experience to senior staff/management desired.
- Experience in emergency response planning and implementation, including Incident Command System (ICS) and National Incident Management System (NIMS) desired.
- Prior experience working with regulatory agencies preferred.

- Extensive experience in conducting security vulnerability/security risk assessments desired.
- Must have or be eligible to obtain TWIC card.

Skills:

- Good assessment, analytical, physical security, security systems and facility design skills desired.
- Functional knowledge of U.S. government regulations (MTSA, CFATS, TWIC, C-TPAT) and civil/criminal laws that affect security operations in the United States related to the Oil, Gas, and Petrochemical sector.
- Ability to communicate effectively with individuals at various levels within the Shell organization.
- Ability to provide both written and verbal briefings to multiple stakeholders.
- Ability to communicate with other Oil, Gas, and Petrochemical industry company security personnel and with local, state, federal law enforcement and government agencies.
- Self-starter; ability to work independently with minimal supervision.

Security Clearance:
Must currently have, or be able to obtain a U.S. National Security Clearance at the "Secret" level, "Top Secret – SCI" preferred.

Travel Requirements:
Available to travel up to 50% of the time for periods of up to 2 weeks.

| | |
|---|---|
| No. of Positions | 1 |
| Disclaimer | Please note: We occasionally amend or withdraw Shell jobs and reserve the right to do so at any time, including prior to the advertised closing date. |
| | Before applying, you are advised to read our data protection policy. This policy |

describes the processing that may be associated with your personal data and informs you that your personal data may be transferred to Royal Dutch/Shell Group companies around the world.

The Shell Group and its approved recruitment consultants will never ask you for a fee to process or consider your application for a career with Shell. Anyone who demands such a fee is not an authorised Shell representative and you are strongly advised to refuse any such demand.

Shell/Motiva participates in E-Verify.

All qualified applicants will receive consideration for employment without regard to race, color, sex, national origin, age, religion, disability, sexual orientation, gender identity, protected veteran status, citizenship, genetic information or other protected status under federal, state or local laws.

Removal Date

26-Aug-2016